```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025
```

# SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

**MEMORANDUM ENDORSED**

+1 212 839 5939
ERIC.HOFFMAN@SIDLEY.COM

September 17, 2025

**VIA ECF**

Hon. Gregory H. Woods
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Peterman v. Comtech Telecommunications Corp. et al.,* No. 1:25-cv-05932-GHW
       Request for Adjournment of Sept. 19 Pre-Motion Conference

Dear Judge Woods:

This firm represents Defendant Comtech Telecommunications Corp. ("Comtech") together with the other individually-named defendants in the above-referenced action. Pursuant to Your Honor's Individual Rules, we respectfully request a brief adjournment of the pre-motion conference regarding Defendants' proposed motion for sanctions, which the Court ordered yesterday to occur on September 19, 2025. Plaintiff consents to Defendants' request for an adjournment.

The undersigned is unavailable to attend the conference on September 19 due to previously planned travel. We have conferred with Plaintiff's counsel and have determined that both Plaintiff's counsel and Defendants' counsel can accommodate a rescheduled conference on either **September 22 or September 23, 2025**. If those dates do not work for the Court, the parties would need to identify alternative dates in early October.

There has been no prior request for an adjournment of the conference and the requested adjournment will not affect any other dates in the case.

Thank you for your understanding and attention to this matter.

Respectfully submitted,

/s/

Eric G. Hoffman
Counsel

cc: Daniel Kaiser, Esq. (via ECF)

---

Application granted. The pre-motion conference scheduled for September 19, 2025 is adjourned to October 2, 2025 at 3:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

SO ORDERED.

Dated: September 18, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.